CERTIFICATE OF SERVICE

       I, Emily E. Daughtry, a Special Assistant United States Attorney for the Southern District of New York, hereby certify that on June 27, 2008, I caused a copy of the foregoing Answer to be served by First Class mail upon the following:

> STEPHEN JENKINS, ESQ.
> QUELLER, FISHER, DIENST, SERRINS, WASHOR & KOOL, LLP
> 233 Broadway, 18th Floor
> New York, New York 10279

Dated:    New York, New York
             June 27, 2008

                                        /s/   Emily E. Daughtry
                                    EMILY E. DAUGHTRY
                                    Special Assistant United States Attorney
                                    Telephone: (212) 637-1579
                                    Facsimile: (212) 637-2717
                                    E-mail: emily.daughtry@usdoj.gov