```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MARY SMITH, as Administrator of the Estate of
Terrence Smith, and MARY SMITH,
individually,

                Plaintiff,

      v.

UNITED STATES OF AMERICA, YOUNG SIK
KHO, MD, DINESH K. GARG, MD,

                Defendants.
------------------------------------------------------------- x

08 Civ. 3836 (JGK)

**SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(b), it is hereby ordered that:

1. Factual discovery shall be completed no later than <u>November 15, 2008.</u>

2. Expert reports with respect to any experts retained by Plaintiffs shall be completed and served by <u>December 15, 2008.</u>

3. Expert reports with respect to any experts retained by Defendants shall be completed and served by <u>January 15, 2009.</u>

4. Any rebuttal expert reports shall be completed and served by <u>February 1, 2009.</u>

5. All discovery shall be completed no later than <u>February 13, 2009</u>. Interim deadlines may be extended by the parties on consent without application to the Court, provided the parties believe they can still meet the discovery completion date ordered by the Court.

6. *Dispositive* Motions, if any, shall be filed by <u>February 27, 2009.</u>

7. All motions and applications shall be governed by the Court's Individual Rules of Practice.

8. Joint Pre-Trial Order is due March 20, 2009, or 3 weeks after decision of the dispositive motions, whichever is later.

9. Ready for Trial on 48 hours notice on April 3, 2009, or 4 weeks after decision of the dispositive motions, whichever is later,

DATED: New York, New York
July 14, 2008

_____
HONORABLE JOHN G. KOELTL
United States District Court Judge